# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DANIEL E. BANNISTER

VERSUS

SFB COMPANIES, INC. OF
DELAWARE, ET AL

NO. 2019 CW 0079

**JANUARY 29, 2020**

---

In Re:   Daniel E. Bannister, applying for rehearing, 19th
         Judicial District Court, Parish of East Baton Rouge,
         No. 660562.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**APPLICATION FOR REHEARING DENIED.**

**JMM
MRT
WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT